IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Mary Doe, as mother and guardian of John Doe
Plaintiff,

vs.

Porter-Gaud School
Defendant.

Civil Action No.: 2:22-cv-02093-DCN

**CONSENT ORDER**

Because Plaintiffs filed an Amended Complaint (Dkt. No. 9) in this matter, Defendants original Motion to Dismiss (Dkt. No. 4) is now moot and no response to the original Motion to Dismiss is required. By consent of counsel, the Court establishes the following deadlines for this case:

1. Defendant must answer or otherwise respond to Plaintiffs' Amended Complaint by August 18, 2022.

2. Plaintiffs must respond to any Motion to Dismiss filed by Defendant by September 20, 2022.

AND IT IS SO ORDERED.

David C. Norton
United States District Judge

July 28, 2022
Charleston, South Carolina

WE CONSENT:

WOMBLE BOND DICKINSON (US) LLP

*s/Greg Horton*
Greg Horton (Fed. ID No. 7103)
Greg.Horton@wbd-us.com
Matthew Tillman (Fed. ID No. 9115)
Matt.Tillman@wbd-us.com
Molly McDermid (Fed. ID No. 13459)
Molly.McDermid@wbd-us.com
5 Exchange Street / P.O. Box 999
Charleston, SC 29402
Attorneys for Defendant

SENN LEGAL LLC

*s/Christopher Dorsel*
Sandra J. Senn
Christopher T. Dorsel
PO Box 12279
Charleston SC 29422
sandy@sennlegal.com
chris@sennlegal.com
*Attorney for Plaintiffs*

July 27, 2022
Charleston, South Carolina