FILED: May 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1496
(2:22-cv-02093-DCN)
_____

MARY DOE, as mother and guardian of John Doe

        Plaintiff - Appellant

and

JOHN DOE

        Plaintiff

v.

PORTER-GAUD SCHOOL

        Defendant - Appellee

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk